### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 13-cv-02430-RM-KMT | FTR - Courtroom C-201 |
| **Date:**  May 14, 2014 | Deputy Clerk, Ellen E. Miller |
| LEPRINO FOODS COMPANY, | William C. Brittan |
| | Margaret R. Pflueger |
| Plaintiff, | |
| v. | |
| DCI, INC., | Scott P. Sinor |
| Defendant. | |

### COURTROOM MINUTES / MINUTE ORDER

**MOTION   HEARING**
**Court in Session**: 1:35 p.m.
Court calls the case. Appearances of counsel.

The Court raises Defendant's Motion for Protective order and to Quash Plaintiff's Subpoenas *Duces Tecum* for argument.

Argument by Mr. Sinor on behalf of Defendant.
Argument by Mr. Brittan on behalf of Plaintiff.

**It is ORDERED:**   Defendant's Motion for Protective Order and to Quash Plaintiff's Subpoenas *Duces Tecum* [Docket NO. **23**, filed March 31, 2014] is **TAKEN UNDER ADVISEMENT.**  The Court will issue its written order in due course.

Discussion is held regarding the letter filed by Plaintiff regarding responses by Defendant to two of Plaintiff's Interrogatories.  With no objection from Defendant, Plaintiff's oral request that the letter be stricken is granted.

**It is ORDERED:**   Letter from plaintiff Leprino Foods Company [Docket No. **44**, filed May 12, 2014] is STRICKEN.

Hearing concluded.   **Court in recess:**  3:30 p.m.     Total In-Court Time: 01:55

To order a transcript of this proceedings, contact  Avery Woods Reporting  (303) 825-6119  or   Toll Free   1-800-962-3345.