IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02430–RM–KMT
 (*Consolidated with* 14-cv-02731-RM-KMT)


LEPRINO FOODS COMPANY,

    Plaintiff,

v.

DCI, INC.,

    Defendant.

---

**MINUTE ORDER**
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Plaintiff's Response stating that it consents to the filing of Defendant's Amended Answer, Defendant's "Unopposed Motion for Leave to File Amended Answer" (Doc. No. 94, filed Mar. 9, 2015) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2).   The Clerk of Court is directed to file Defendant's Amended Answer.   (Doc. No. 94-1.)

Dated: March 16, 2015