IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Case No. 13-cv-02430-RM-KMT
Consolidated with Case No. 14-cv-02731-RM-KMT

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

DCI, INC.,

    Defendant.

---

**ORDER REGARDING STIPULATION TO DISMISS CASE NO. 14-cv-02731
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

---

THIS MATTER comes before this Court on the Parties' Stipulation for Dismissal (ECF No. 140) with prejudice of Case No. 14-cv-02731 pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). The Court, having reviewed the Stipulation and being fully advised:

ORDERS: that Case No. 14-cv-02731 and all claims made therein is dismissed with prejudice, each party to pay its own fees and costs (except as agreed to by the parties). Case No. 13-cv-02430 shall continue pursuant to the current schedule established by the Magistrate Judge.

All further filings shall only utilize Case No. 13-cv-02430.

DATED this 26th day of October, 2015.

                                       BY THE COURT:

                                       _____
                                       RAYMOND P. MOORE
                                       United States District Judge